| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 05-CR-308 |
|---|---|---|
| **TRANSFER OF JURISDICTION** RECEIVED APR 2 1 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Terrell Johnson | DISTRICT Eastern District of Wisconsin | DIVISION Milwaukee |
|---|---|---|
| **08CR 363** | NAME OF SENTENCING JUDGE Lynn Adelman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/9/07 — TO 5/8/10 |

| OFFENSE Altering Federal Reserve Notes | JUDGE AMY ST. EVE MAGISTRATE JUDGE ASHMAN | FILED 5-7-08 MAY - 7 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
|---|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern District of Wisconsin

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§ 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/15/08

Date                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Northern District of Illinois

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 5 2008

Effective Date                                         United States District Judge