| | | |
|---|---|---|
| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 05-CR-308 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

RECEIVED APR 21 2008 U.S. PROBATION OFFICE

08CR 363

JUDGE AMY ST. EVE
MAGISTRATE JUDGE ASHMAN

FILED JUN 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Terrell Johnson | Eastern District of Wisconsin | Milwaukee |
| | NAME OF SENTENCING JUDGE | |
| | Lynn Adelman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/9/07   TO 5/8/10 |

| OFFENSE |
|---|
| Altering Federal Reserve Notes |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/15/08
*Date*                                                                 *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 5 2008
*Effective Date*                                                         *United States District Judge* James F. Holderman

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK
BY ____ DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: MAY 15 2008



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
May 15, 2008

MICHAEL W. DOBBINS

312-435-5698

Eastern District of Wisconsin
Mr. Jon W. Sanfilippo, Clerk
United States District Court
362 United States Courthouse and
Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

'08 MAY 19 A10:27

Dear Clerk:

**Re: 05 CR 308 - USA v. Terrell Johnson - Judge Lynn Adelman**

Our Case Number: 08 CR 363 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   Marsha E. Glenn
      Deputy Clerk

Enclosure

CLOSED

## United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-00308-LA-1
## Internal Use Only

Case title: USA v. Johnson et al  
Magistrate judge case number: 2:05-mj-00488-WEC

Date Filed: 12/14/2005  
Date Terminated: 05/08/2006

Assigned to: Judge Lynn Adelman

### Defendant (1)

**Terrell Johnson**  
*TERMINATED: 05/08/2006*  
*also known as*  
Demetrius Cobbs  
*TERMINATED: 05/08/2006*

represented by **James A Walrath**  
Federal Defender Services of Wisconsin Inc  
517 E Wisconsin Ave - Rm 182  
Milwaukee, WI 53202  
414-223-1415  
Fax: 414-221-9901  
Email: jw@jaw-law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Public Defender*

### Pending Counts

18:471 UTTERS COUNTERFEIT OBLIGATIONS  
(1s)

### Disposition

IMPRISON: 20 months; SUP REL: 36 months; REST: $200.00; SA: $100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:471 UTTERS COUNTERFEIT OBLIGATIONS  
(1)

18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES  
(6)

### Disposition

Dismissed upon motion of Govt.

Dismissed upon motion of Govt.

### Highest Offense Level (Terminated)

Felony

### Complaints

### Disposition

U.S. District Court  
Eastern Div. of Wis.  
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk

DATED: 5-8-08

_____ by _____ Deputy

18:471

**Plaintiff**

USA  represented by **Jonathan H Koenig**
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-4399
Fax: 414-297-4394
Email: jonathan.h.koenig@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2005 | 1 | COMPLAINT signed by Magistrate Judge William E Callahan Jr as to Terrell Johnson (1). (kmf, ) [2:05-mj-00488-WEC] (Entered: 12/06/2005) |
| 12/01/2005 |  | *** Arrest Warrant Issued signed by Judge William E Callahan Jr in case as to Terrell Johnson. (kmf, ) [2:05-mj-00488-WEC] (Entered: 12/06/2005) |
| 12/02/2005 | 2 | Minute Entry (WEC) Iitial Appearance as to Terrell Johnson held on 1/12/2005. Crt. advised deft. of rights. Govt. advised deft. of charges, penalties and fines. Govt. seeking detention. Detention Hearing set for 12/5/2005 at 03:00 PM before Magistrate Judge William E Callahan Jr. A & P.Prelim. hrg. set for 12/14/2005 at 09:00 AM before Magistrate Judge William E Callahan Jr. (Tape #2:20:45-2:29:43) (kmf, )[2:05-mj-00488-WEC] (Entered: 12/06/2005) |
| 12/02/2005 | 3 | ORDER OF Temporary DETENTION Pending Hearing Pursuant to Bail Reform Act as to Terrell Johnson. Signed by Judge William E Callahan Jr on 12/2/05. (cc: all counsel) (kmf, ) [2:05-mj-00488-WEC] (Entered: 12/06/2005) |
| 12/05/2005 | 4 | Arrest Warrant, executed on 12/2/05, returned in case as to Terrell Johnson. (kmf, ) [2:05-mj-00488-WEC] (Entered: 12/06/2005) |
| 12/05/2005 | 5 | Minute Entry (WEC) Detention Hearing as to Terrell Johnson held on 12/5/2005. Govt. still seeking detention. Deft. proffers f/release on O/R bond w/EM. Crt. statements before ruling. Crt. w/enter an order of detention. Deft. req. deft. to be placed in Waukesha to allow family to visit. Crt. cannot order USMS to place deft. in Waukesha but req. USMS look into the possibility. (Tape #3:14:27-3:26:41) (kmf, ) [2:05-mj-00488-WEC] (Entered: 12/06/2005) |
| 12/05/2005 | 6 | ORDER OF DETENTION as to Terrell Johnson Signed by Judge William E Callahan Jr on 12/5/05. (cc: all counsel) (bdf, ) [2:05-mj-00488-WEC] (Entered: 12/08/2005) |
| 12/14/2005 | 7 | INDICTMENT as to Terrell Johnson (1) count(s) 1, 6, Nicole Alicia Brantley (2) count(s) 4-5, 6, Barbara Shavell Smith (3) count(s) 2-3, 6. (bdf, ) (Entered: 12/16/2005) |
| 12/14/2005 | 8 | Minute Entry for proceedings held before Judge William E Callahan Jr: Arraignment as to Terrell Johnson (1) Count 1,6 and Nicole Alicia Brantley (2) Count 4-5,6 and Barbara Shavell Smith (3) Count 2-3,6 held on 12/14/2005. Defendant advised of rights, charges, penalties and fines. Plea entered by Terrell Johnson, Nicole Alicia Brantley, Barbara Shavell Smith Not Guilty on counts 1-6. Speedy Trial Date March 13, 2006 and trial est: 3 days. Referred to Magistrate Judge William E Callahan, Jr. Court orders GJ materials |

| | | |
|---|---|---|
| | | disclosed no later than 1 business day prior to trial. Motions due by 1/3/2006, 1/13/06 and 1/18/06. Final Pretrial Conference set for 3/3/2006 01:30 PM in Courtroom 390 before Judge Lynn Adelman. Jury Trial set for 3/13/2006 10:00 AM in Courtroom 390 before Judge Lynn Adelman. (Tape #9:29:34-9:34:47) (bdf, ) (Entered: 12/16/2005) |
| 12/14/2005 | 9 | PRETRIAL ORDER as to Terrell Johnson, Nicole Alicia Brantley, Barbara Shavell Smith Motions due: 1/3/06 Response due: 1/13/06 Reply due: 1/18/06 Signed by Judge William E Callahan Jr on 12/14/05. (cc: all counsel) (bdf, ) (Entered: 12/16/2005) |
| 01/03/2006 | 10 | MOTION for Extension of Time to File *Pretrial Motions* by Terrell Johnson.(Walrath, James) |
| 01/03/2006 | 11 | MOTION to Suppress *Blood Samples Or Buccal Swab Collections Seized From The Defendant On December 16, 2005* by Terrell Johnson.(Walrath, James) |
| 01/03/2006 | 12 | AFFIDAVIT of Terrell Johnson by Terrell Johnson (Walrath, James) |
| 01/03/2006 | 13 | AFFIDAVIT of James A. Walrath by Terrell Johnson (Attachments: # 1)(Walrath, James) |
| 01/03/2006 | 14 | MOTION to Suppress *Physical Evidence Seized On November 24, 2005 From Rooms 228 And 320 At The Holiday Inn Express, Wauwatosa And From A Chevrolet Cavalier Automobile And Request For Evidentiary Hearing* by Terrell Johnson.(Walrath, James) |
| 01/03/2006 | 15 | AFFIDAVIT of Terrell Johnson by Terrell Johnson (Walrath, James) |
| 01/03/2006 | 16 | MOTION to Suppress *Oral Statements And Physical Evidence And Request For Evidentiary Hearing* by Terrell Johnson.(Walrath, James) |
| 01/03/2006 | 17 | MOTION to Sever Defendant by Terrell Johnson.(Walrath, James) |
| 01/06/2006 | 18 | STIPULATION by Terrell Johnson (Walrath, James) |
| 01/06/2006 | | MARGIN ORDER granting the parties stipulated request for an extention of time. The government shall respond to the defendant's request for an evidentary hearing by January 12, 2006. Signed by Judge William E Callahan Jr on 1/6/06. (WILLIAM E CALLAHAN, JR) (cc: all counsel) (bdf, ) |
| 01/12/2006 | 19 | LETTER from Jonathan H. Koenig *re evidentiary hearing* (Koenig, Jonathan) |
| 01/25/2006 | 20 | INFORMATION as to Terrell Johnson (1) count(s) 1s. (bdf, ) |
| 01/25/2006 | 21 | PLEA AGREEMENT as to Terrell Johnson (bdf, ) |
| 01/25/2006 | 22 | Certificate of Service by USA as to Terrell Johnson *Information and Plea Agreement* (Koenig, Jonathan) |
| 01/26/2006 | | Case as to Terrell Johnson, Nicole Alicia Brantley, Barbara Shavell Smith no longer referred to William E Callahan, Jr. File Transmitted to Judge Lynn Adelman. (bdf, ) |
| 02/14/2006 | 23 | SCHEDULING ORDER as to Terrell Johnson. Change of Plea Hearing set for 2/22/2006 03:30 PM before Judge Lynn Adelman. Signed by Judge Lynn Adelman on 2/14/06. (cc: all counsel) (Deitrich, Jon) |
| 02/22/2006 | 24 | WAIVER OF INDICTMENT by Terrell Johnson (bdf, ) (Entered: 02/24/2006) |
| 02/24/2006 | 25 | Minute Entry for proceedings held before Judge Lynn Adelman : Change of Plea Hearing as to Terrell Johnson held on 2/24/2006. Plea entered by Terrell Johnson (1) Guilty Count 1s; adjudged guilty; PSR ordered. Sentencing set for 5/8/2006 02:30 PM in Courtroom 390 before Judge Lynn Adelman. (Court Reporter Karen Smith) (bdf, ) |
| 04/28/2006 | 28 | SENTENCING MEMORANDUM by Terrell Johnson (Walrath, James) |

| 05/08/2006 | 29 | SENTENCING MEMORANDUM by USA as to Terrell Johnson (Koenig, Jonathan) |
|---|---|---|
| 05/08/2006 | 30 | Certificate of Service by USA as to Terrell Johnson (Koenig, Jonathan) |
| 05/08/2006 | 31 | Minute Entry for sentencing held 5/8/06 before Judge Lynn Adelman for Terrell Johnson (1), Counts 1, 6, Dismissed upon motion of Govt.; Count 1s of Information - IMPRISON: 20 months; SUP REL: 36 months; REST: $200.00; SA: $100.00. Conditions of Supervised Release/Probation imposed. Deft advised of right to appeal. Court recommends placement close to Chicago, participation in any drug treatment and educational programs, and that deft receive credit for time served. SEE Judgment for additional details. (Court Reporter Karen Smith) (djd) (Entered: 05/10/2006) |
| 05/08/2006 | 32 | JUDGMENT signed by Judge Lynn Adelman on 5/8/06 as to Terrell Johnson (1), Counts 1, 6, dismissed upon motion of Govt.; Count 1s of Information - IMPRISON: 20 months; SUP REL: 36 months; REST: $200.00; SA: $100.00; Conditions of Supervised Release/Probation imposed. SEE Judgment for additional details., Terrell Johnson terminated. (cc: all counsel) (djd) (Entered: 05/10/2006) |
| 01/02/2007 |  | (Court only) ***Case Terminated as to Terrell Johnson, Nicole Alicia Brantley, Barbara Shavell Smith (djd) (Entered: 01/04/2007) |
| 05/19/2008 | 40 | Certified Copy of Order Transferring Jurisdiction; Probation/Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Terrell Johnson. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet and financial report. (djd) (Entered: 05/27/2008) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 05-CR-308

TERRELL JOHNSON, a/k/a Demetrius Cobbs,

    Defendant.

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 23, 2005, at Wauwatosa, in the State and Eastern District of Wisconsin,

**Terrell Johnson,
a/k/a "Demetrius Cobbs,"**

with intent to defraud, did alter obligations of the United States, to wit, Federal Reserve Notes.

All in violation of Title 18, United States Code, Section 471.

Dated this 23rd day of January, 2006.

STEVEN M. BISKUPIC
United States Attorney

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
JON W. SANFILIPPO, clerk
DATED: 5-23-08
by: _____ Deputy

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

U.S. DIST COURT EAST DIST WISC
FILED
MAY - 8 2006
AT_____ O'CLOCK_____ M

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**TERRELL JOHNSON** | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number: 05-CR-308<br><br>USM Number: 08104-089<br><br>James Walrath<br>Defendant's Attorney<br><br>Jonathan Koenig<br>Assistant United States Attorney |

THE DEFENDANT:

X   pleaded guilty to count one of the information.

☐   pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐   was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 471 | altering federal reserve notes | 11/23/05 | 1 |

The defendant is sentenced as provided in Pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

X   Counts 1 and 6 of the indictment are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of material changes in economic circumstances.

May 8, 2006
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Lynn Adelman, District Judge
Name & Title of Judicial Officer

May 8, 2006
Date

U.S. District Court
Eastern Div. of Wis.
    I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office.

JON W. SANFILIPPO, clerk

DATED: _____
_____(by)_____ Deputy

AO 245B (Rev. 06/05) Judgment in a Criminal Case:
Sheet 2 - Imprisonment

Defendant:    **TERRELL JOHNSON**
Case Number: 05-CR-308

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **20 months.**

X   The court makes the following recommendations to the Bureau of Prisons: that defendant participate in any drug treatment or educational programs available, be placed at a facility as close to Chicago as possible, and receive credit for time served.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district.

  ☐ at _____ ☐ a.m.   ☐ p.m.   on _____

  ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 06/05) Judgment in a Criminal Case:
    Sheet 3 - Supervised Release

Defendant:   TERRELL JOHNSON
Case Number: 05-CR-308

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **three years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Judgment in a Criminal Case:
Sheet 3A - Supervised Release

Defendant: **TERRELL JOHNSON**
Case Number: 05-CR-308

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant is to participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse, as directed by the supervising probation officer, until such time as he is released from such program by the supervising probation officer. The defendant is to refrain from use of all alcoholic beverages through out the period of this supervision. The defendant shall pay the cost of this program as directed by the supervising probation officer.

2. The defendant is to pay the restitution at a rate of not less than **$25 per month.** The defendant will also apply 100 percent of his yearly federal and state tax refunds toward payment of the restitution. The defendant shall not change exemptions without prior notice to the supervising probation officer.

3. The defendant shall not associate with any member, prospect or associate member of the Gangster Disciples gang or any other gang. The defendant shall have no communication whatsoever with the Gangster Disciples gang or any other gang.

4. The defendant is to cooperate with the Child Support Enforcement Unit in payment of any child support or arrearages and to make regular payments at the direction of the supervising probation officer.

5. The defendant shall obtain his GED or HSED.

AO 245B (Rev 06/05) Judgment in a Criminal Case:
Sheet 5 - Criminal Monetary Penalties

Defendant: **TERRELL JOHNSON**
Case Number: 05-CR-308

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $100.00 | $ | $200.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| K-Mart<br>Attn. Assistant Manager<br>3201 N. Mayfair Road<br>Milwaukee, WI 53222 | | $100 | |
| Open Pantry<br>Attn. Store Manager<br>11500 W. North Avenue<br>Milwaukee, WI 53226 | | $100 | |
| **Totals:** | $ | $200.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev 06/05) Judgment in a Criminal Case:
Sheet 6 - Schedule of Payments

Defendant:     **TERRELL JOHNSON**
Case Number:   05-CR-308

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   X   Lump sum payment of $100.00 due immediately, balance due

☐ not later than _____, or

X in accordance ☐ C, ☐ D, ☐ E or X F below; or

B   ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   X   Special instructions regarding the payment of criminal monetary penalties: The defendant shall pay the restitution of $200 as a condition of supervised release at a rate of not less than $25/month.


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.


☐ Joint and Several

Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.